Samuel Mesirow, Appellee, v. Rae Mesirow, Appellant.

Gen. No. 43,151.

582

opinion filed February 13, 1945; released for publication March 5, 1945. Aaron Soble, for appellant; Ehrlich & Cohn, for appellee; Aaron H. Cohn, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. Not to be published in full.